1  Amy L. Thompson, Bar No. 11907
   athompson@littler.com
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:  702.862.8800
   Fax No.:    702.862.8811
5
   Attorney for Defendant
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11  VIRGINIA ROLLINS,                    Case No. 2:22-cv-00969-JCM-NJK

12           Plaintiff,                  STIPULATION AND (PROPOSED)
                                         ORDER TO EXTEND TIME FOR
13       v.                              DEFENDANT TO FILE RESPONSE TO
                                         COMPLAINT
14  HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY,
15
             Defendant.                  [FIRST REQUEST]
16

17

18

19       Plaintiff Virginia Rollins and Defendant Hartford Life and Accident Insurance Company, by

20  and through their attorneys of record, stipulate to extend the time for Defendant to file a response to

21  the Complaint from the current deadline of July 29, 2022, for 30 days, up to and including August 29,

22  2022.

23  / / /

24

25  / / /

26

27  / / /

28

The requested extension is necessary in light of the fact that Defendant's counsel was just recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 21, 2022                                              Dated: July 21, 2022


/s/ Martina B. Sherman, Esq.                               /s/ Amy L. Thompson, Esq.
JULIE A. MERSCH, ESQ.                                      AMY L. THOMPSON, ESQ.
LAW OFFICES OF JULIE A. MERSCH            LITTLER MENDELSON

MARTINA B. SHERMAN, ESQ.                          Attorney for Defendant
DEBOFSKY LAW, LTD.                                         HARTFORD LIFE AND ACCIDENT
                                                                                  INSURANCE COMPANY

Attorneys for Plaintiff
VIRGINA ROLLINS


**IT IS SO ORDERED.**

Dated: July 22, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4883-4280-9642.1 / 059196-1000