1  Amy L. Thompson, Bar No. 11907
   athompson@littler.com
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5
   Attorney for Defendant
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY
7

8                      UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10

11 | VIRGINIA ROLLINS,                        | Case No. 2:22-cv-00969-JCM-NJK
12 |          Plaintiff,                      | STIPULATION AND (PROPOSED)
   |                                          | ORDER TO EXTEND TIME FOR
13 |     v.                                   | DEFENDANT TO FILE RESPONSE TO
   |                                          | COMPLAINT
14 | HARTFORD LIFE AND ACCIDENT                |
   | INSURANCE COMPANY,                        |
15 |                                          |
   |          Defendant.                      | [SECOND REQUEST]
16

17

18

19     Plaintiff Virginia Rollins and Defendant Hartford Life and Accident Insurance Company, by
20 and through their attorneys of record, stipulate to extend the time for Defendant to file a response to
21 the Complaint from the current deadline of August 29, 2022, for two weeks, up to and including
22 September 12, 2022.

23 / / /

24

25 / / /

26

27 / / /

28

The requested extension is necessary in light of the fact that Defendant's counsel is still working on conducting its investigation into the allegations as necessary to prepare a response to the Complaint.

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 26, 2022                                   Dated: August 26, 2022


 /s/ Martina B. Sherman, Esq.                             /s/ Amy L. Thompson, Esq.
JULIE A. MERSCH, ESQ.                                    AMY L. THOMPSON, ESQ.
LAW OFFICES OF JULIE A. MERSCH                           LITTLER MENDELSON

MARTINA B. SHERMAN, ESQ.                                 Attorney for Defendant
DEBOFSKY LAW, LTD.                                       HARTFORD LIFE AND ACCIDENT
                                                         INSURANCE COMPANY

Attorneys for Plaintiff
VIRGINA ROLLINS

**IT IS SO ORDERED.**

Dated: August 29, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4857-9294-6224.1 / 116071-1003