Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
E-mail:        athompson@littler.com

Attorney for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA ROLLINS,<br><br>           Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>          Defendant. | Case No. 2:22-cv-00969-JCM-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Defendant") and Plaintiff VIRGINIA ROLLINS ("Plaintiff") (collectively, the "Parties"), hereby stipulate to amend the Discovery Plan and Scheduling Order (**ECF No. 18**) by extending the outstanding deadlines for a period of forty-five (45) days.

This is the second request for an extension to the Discovery Plan and Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay.  This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

/ / /

/ / /

/ / /

/ / /

**DISCOVERY COMPLETED**

This case is exempt from initial disclosures as an action decided upon the administrative record under Rule 26(a)(1)(B)(i). The parties do not anticipate discovery in this matter beyond the administrative record.

**REASONS FOR REQUESTED EXTENSIONS**

This extension is necessary as the parties have been engaged in settlement discussions and have agreed to privately mediate this matter. A mediation has been scheduled for March 8, 2023. The parties desire to divert resources toward mediation at this time before incurring the time and expense of preparing dispositive motions.

**PROPOSED REVISED DISCOVERY PLAN**

**C.     Proposed Case Schedule and Deadlines**

    **1.     Dispositive Motions.**

- The current deadline for Hartford to file a Motion for Summary Judgment is March 21, 2023. The parties request this deadline be extended to **May 5, 2023.**

- The current deadline for Plaintiff to file a Response to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment is April 11, 2023. The parties request this deadline be extended to **May 26, 2023.**

- The current deadline for Hartford to file a Response to Plaintiff's Cross Motion for Summary Judgment is May 2, 2023, if desired. The parties request this deadline be extended to **June 16, 2023.**

- The current deadline for Plaintiff to file a Reply is May 16, 2023, if desired. The parties request this deadline be extended to **June 30, 2023.**

/ / /

/ / /

/ / /

1

      **2.**    **Extensions or Modifications of the Scheduling Order.**

2

      Should an extension of any of the above-listed deadlines become necessary, absent

3

extenuating circumstances constituting good cause and/or excusable neglect, the Parties will request

4

such at least twenty-one (21) days in advance of the subject deadline pursuant to LR 26-3.

5

6

Dated: February 2, 2023          Dated: February 2, 2023

7

8

*/s/ Martina B. Sherman, Esq.*        */s/ Amy L. Thompson, Esq.*

9

JULIE A. MERSCH, ESQ.         AMY L. THOMPSON, ESQ.
LAW OFFICES OF JULIE A. MERSCH   LITTLER MENDELSON

10

MARTINA B. SHERMAN, ESQ.     Attorney for Defendant

11

DEBOFSKY LAW, LTD.         HARTFORD LIFE AND ACCIDENT
                       INSURANCE COMPANY

12

Attorneys for Plaintiff

13

VIRGINA ROLLINS

14

15

                       **IT IS SO ORDERED.**

16

                       Dated: February 3, 2023

17

18

19

                       UNITED STATES MAGISTRATE JUDGE

20

21

4867-7877-2299.1 / 116071-1003

22

23

24

25

26

27

28