| | |
|---|---|
| 1 | Julie A. Mersch, Esq. |
| | Nevada Bar No. 004695 |
| 2 | LAW OFFICE OF JULIE A. MERSCH |
| | 1100 E. Bridger Ave. |
| 3 | Las Vegas, NV  89101 |
| | (702) 387-5868 |
| 4 | Fax (702) 387-0109 |
| | jam@merschlaw.com |
| 5 | |
| | Martina B. Sherman, Esq. (*Pro Hac Vice*) |
| 6 | DeBofsky Law, Ltd. |
| | 150 N. Wacker Drive, Suite 1925 |
| 7 | Chicago, IL 60606 |
| | (312) 561-4040 |
| 8 | Fax (312) 600-4426 |
| | msherman@debofsky.com |
| 9 | *Attorneys for Plaintiff Virginia Rollins* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA ROLLINS, | Case No. 2:22-cv-00969-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

TO THE HONORABLE COURT:

The parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties hereby stipulate that this action shall be dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 10, 2023                                    Dated: May 12, 2023

STIP TO DISMISS

| | |
|---|---|
| */s/ Martina B. Sherman* | */s/ Amy L. Thompson* |
| JULIE A. MERSCH, ESQ.<br>LAW OFFICES OF JULIE A. MERSCH | AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON |
| MARTINA B. SHERMAN, ESQ.<br>DEBOFSKY LAW, LTD. | Attorney for Defendant<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
| Attorneys for Plaintiff<br>VIRGINIA ROLLINS | |

**IT IS SO ORDERED.**

Dated: May 18, 2023

_____
UNITED STATES DISTRICT COURT JUDGE